UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sarah Piller-Pauna,                                      Civ. No. 20-2384 (PAM/LIB)

          Plaintiff,

v.                                                               **ORDER**

The United States,

          Defendant.

This matter is before the Court on the parties' Stipulation of Dismissal. (Docket No. 20.) The parties seek an order dismissing this matter with prejudice.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, with each party to bear their own costs, expenses, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   March 11, 2022

                                                         s/Paul A. Magnuson
                                                         Paul A. Magnuson
                                                         United States District Court Judge